PROB 35
(Rev. 1/92)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

## United States District Court

### FOR THE

### District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 SEP 20 PM 1:20

OFFICE OF THE CLERK

UNITED STATES OF AMERICA

v.

Docket No.: 4:94CR3042

Donna Barger

On October 25, 2002, Donna Barger was placed on supervised release for a period of 5 years. Donna Barger has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the Donna Barger be discharged from supervision.

Respectfully submitted,

Douglas D. Steensma
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 19 day of Septbr, 2005.

The Honorable Richard G. Kopf
United States District Judge